Brook B. Bond, ISB No. 6340
Patrick M. Ngalamulume, ISB No. 11200
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
Email: BBond@parsonsbehle.com
          PNgalamulume@parsonsbehle.com

Attorneys for Defendant
Kinsale Insurance Company

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST COASTERS, INC., an Idaho corporation,<br><br>                Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, an Arkansas company,<br><br>                Defendant. | Case No. 3:23-00057-AKB<br><br>**DEFENDANT'S MOTION TO ENTER JUDGMENT AND DISMISS CASE WITH PREJUDICE**<br><br>**ORAL ARGUMENT NOT REQUESTED** |

Defendant Kinsale Insurance Company, by and through its undersigned counsel of record, Parsons Behle & Latimer, hereby respectfully moves this Honorable Court to enter judgment and dismiss this action, including all claims and counterclaims asserted therein, with prejudice.

This motion is supported by a memorandum and the Declaration of Brook B. Bond, both of which are filed concurrently herewith, as well as the pleadings and documents filed with the Court in this action.

**DEFENDANT'S MOTION TO ENTER JUDGMENT AND DISMISS CASE WITH PREJUDICE - 1**

DATED THIS 11th day of September, 2025.

                                    PARSONS BEHLE & LATIMER

                                    By */s/ Brook B. Bond*
                                           Brook B. Bond
                                           Patrick M. Ngalamulume
                                  Attorneys for Defendant
                                  Kinsale Insurance Company

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 11th day of September, 2025, I electronically filed the within and foregoing instrument with the Clerk of the Court using the CM/ECF system, which caused the following parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Jonathan D. Hally, *Attorney for Plaintiff*
    JonHally@idahoconstructionlawyers.com

    */s/ Brook B. Bond*
    Brook B. Bond